**FILED**

**JAN 19 2010**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 08-0360 (RMU) |
| PAUL A. SLOUGH *et al.*, | : | |
| Defendants. | : | |

## ORDER

### DENYING THE MOTIONS OF DEFENDANTS SLATTEN AND BALL TO DISMISS THE INDICTMENT WITH PREJUDICE

For the reasons stated in the accompanying Memorandum Opinion, it is this 19th day of January, 2010,

**ORDERED** that the motions of defendants Slatten and Ball to dismiss the indictment with prejudice are **DENIED**.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge