IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Cr. No. 08-360 (RCL) |
| v. | : |
| PAUL ALVIN SLOUGH, | : **FILED** |
| NICHOLAS ABRAM SLATTEN, | : APR 24 2014 |
| EVAN SHAWN LIBERTY, and | : |
| DUSTIN LAURENT HEARD, | : Clerk, U S District & Bankruptcy Courts for the District of Columbia |
| Defendants. | : |

# ORDER

Based on the representations in the Government's Motion to Enlarge Time to File Opposition to Defendants' Motion to Compel the Production of "Evidence" and the entire record in this matter, the Court

**FINDS** good cause for the government's request; and it is hereby

**ORDERED** that, the government's time within which to file its opposition to the defendants' motion to compel [Dkt. #411] is extended until April 23, 2014.

_____4/23/14_____ _Royce C. Lamberth_     _____
ROYCE C. LAMBERTH                               Date
DISTRICT JUDGE


Copies:   Clerk of the Court
          All Counsel of Record